UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Beth Labson Freeman

MICHAEL L. TUSKEN, Esq. (SBN 175715)
LAW OFFICES OF MICHAEL L. TUSKEN
1510 W Whittier Blvd # 42
La Habra, CA 90631
Tel: (562) 365-9465
Fax: (562) 252-8529
Michael@TuskenLaw.com

Attorney for PLAINTIFF MOHAMMAD MOEIN GHANIYOUN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☐ San Francisco ☐ Oakland ■ San Jose ☐ Eureka-McKinleyville

| | |
|---|---|
| MOHAMMAD MOEIN GHANIYOUN<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>SECURITY; et al<br><br>Defendant. | Case Number: 5:26-cv-05736-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF**<br>[check one]<br>☑ **THIS ENTIRE CASE**<br>☐ **ONLY DEFENDANT** [name]<br><br>JUDGE:<br>Hon. Beth Labson Freeman |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

■ this entire case.

☐ only Defendant [name] ______________________________.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: August 21, 2026 Signature: /s/ Michael L. Tusken, Attorney for Plaintiff

Print Name: ______________________

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1510 W. Whittier Blvd., #42, La Habra, CA 90631. My email address is Michael@TuskenLaw.com.

On the below date, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the United States District Court for the Northern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

**Kenneth John Kao**
United States Attorney's Office
Department of Justice, Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7320
Email: Kenneth.Kao@usdoj.gov

**[X]** **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)** In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

**[X]** **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2026, at Rowland Heights, California.

*/s/ Michael L. Tusken*
Michael L. Tusken